PETER LILLEY, as Administrator of the Estate of RAY-
MOND LILLEY, Deceased, Appellant, *v.* THE TOWN OF
TOMPKINS, Respondent.

*Lilley* v. *Town of Tompkins,* 171 App. Div. 959, affirmed.

(Argued March 29, 1918; decided April 23, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered December 3, 1915, affirming a judgment in favor
of defendant entered upon a dismissal of the complaint
by the court at a Trial Term in an action to recover for
the death of plaintiff's intestate alleged to have been
occasioned through the negligence of the defendant.  The
plaintiff alleged that a wagon in which the intestate
was riding was backed from the beaten part of the
highway in the defendant town and for the condition of
which the defendant was responsible, to the edge of the
highway, thence over and down a steep embankment,
where the wagon overturned and threw the decedent
and the other persons with him to the ground, thereby
causing his death; that a watering trough was located
at the side of the road where the accident happened,
at which the horse had stopped to drink; that in starting
he had backed a little causing the hind wheels to drop
down the embankment on the opposite side; that the
accident and death could reasonably have been averted
had the defendant placed a log or any reasonable guard
or fender on the side of the road at a point where teams
and horses drinking at the water tub would naturally
back a little in order to return to the beaten and traveled
part of the highway.

*H. C. Stratton* and *Arthur E. Conner* for appellant.

*C. R. O'Conner* and *Alexander Neish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CAR-
DOZO, POUND, CRANE and ANDREWS, JJ.